UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN RICHARD AUDATE,<br><br>Defendant. | Cr. No. 1:22CR23WES-PAS<br><br>Violations:<br><br>18 U.S.C. § 1349 (Conspiracy to Commit Mail Fraud)<br>18 U.S.C. § 1341 (Mail Fraud)<br>18 U.S.C. § 1028A (Aggravated Identity Theft)<br>18 U.S.C. § 2 (Aid and Abet) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Commit Mail Fraud – 18 U.S.C. § 1349)

### Introduction

At all times relevant to this Indictment:

1. **JEAN RICHARD AUDATE** was a resident of the State of New York.

2. FedEx was a commercial interstate carrier headquartered in Memphis, Tennessee engaged in the business of providing customers with worldwide shipping services.

3. United Parcel Service (UPS) was a commercial interstate carrier headquartered in Atlanta, Georgia engaged in the business of providing customers with worldwide shipping services.

4. Airbnb was an internet based, short term residential rental company pairing homeowners with overnight tenants, headquartered in San Francisco, California.

The Conspiracy

5. Beginning on a date unknown to the Grand Jury but not later than on or about March 24, 2021, in the Districts of Rhode Island and elsewhere, the defendant,

**JEAN RICHARD AUDATE**

did knowingly, willfully, and unlawfully combine, conspire, and agree with other persons, known and unknown to the Grand Jury, to commit mail fraud, that is, to knowingly and with intent to defraud, devise and intend to devise a scheme to defraud and to obtain money from others by means of materially false and fraudulent pretenses, representations, and promises, knowing that they were false and fraudulent when made, and for the purpose of executing such scheme to defraud and to obtain money, caused a matter or thing whatever to deposited or transported by a commercial interstate carrier, to wit FedEx and UPS packages, contrary to 18 U.S.C. § 1341.

The Object of the Conspiracy

6. The object of the conspiracy was for the defendant, **JEAN RICHARD AUDATE** along with co-conspirators, to unlawfully enrich themselves by obtaining money from elderly victims, by convincing the victims that a grandchild, child, or other relative was in financial and legal distress; that money was urgently needed to pay expenses relating to the relative's legal issues; and that cash should be sent to a specified address via a specified interstate commercial carrier.

Manner and Means of the Conspiracy

7. Members of the conspiracy contacted elderly victims throughout the United States including Rhode Island, by telephone, and, posing as a relative, a lawyer, or other individual, falsely told the victim that a relative, typically the victim's grandchild or child, had been arrested or incarcerated in connection with a car accident, and that the relative needed money for bail or related legal expenses.

8. It was further part of the conspiracy and scheme to defraud and to obtain money that members of the conspiracy sometimes posed, on the telephone, as a victim's grandchild, child, or other relative, exploiting the familiar relationship and to further persuade and induce the victim to provide the cash.

9. It was further part of the conspiracy and scheme to defraud and to obtain money and to conceal the crime and prevent victims from sharing information about the calls and requests for money, that members of the conspiracy falsely told victims that a "gag order" was in place on his or her relative's legal matter that prohibited the victim from sharing information about the matter.

10. It was further part of the conspiracy to defraud and to obtain money during the telephone calls, that members of the conspiracy instructed the victims to send large amounts of cash via commercial interstate carriers including FedEx and UPS to specified addresses in New Haven, Connecticut, Brookline, Massachusetts and elsewhere.

11. It was further part of the conspiracy that **JEAN RICHARD AUDATE** went to addresses the victims had been instructed to send cash and retrieved and

attempted to retrieve packages of cash sent by elderly victims.

Acts in Furtherance of the Conspiracy

12. In furtherance of the conspiracy, at least one of the following acts, among others were committed by one or more of the co-conspirators in the District of Rhode Island and elsewhere.

13. On or about February 18, 2021, a member of the conspiracy called James S., age 82 a resident of New York, and falsely represented himself to be his grandson, Aaron S. "Aaron" told Mr. S. he had been arrested after his involvement in an alcohol related automobile accident. The conspirator claimed to be ashamed of the situation and to avoid his parents learning of the arrest identified Mr. S. and his wife as his guardians.

14. On or about February 18, 2021, a member of the conspiracy called James S. and falsely identified himself as "Bryan Fishman," an attorney who had agreed to help his grandson out with his legal matter. "Attorney Fishman" claimed their grandson, Aaron, required $4000 bail which could be paid using Macy's gift cards. The conspirator instructed Mr. S. to purchase the gift cards, scratch off the back and provide him with the numbers.

15. On February 19, 2021, a conspirator, posing as "Attorney Fishman," called and told Mr. S. that the court had fined his grandson an additional $4000 and that he needed to send the cash via UPS overnight delivery to an address in Brookline, Massachusetts.

16. On or about February 22, 2021, a member of the conspiracy again posing

as James S.'s grandson, Aaron, called James S. and falsely claimed that during a search of his car police had located cocaine and he was now required to pay an additional $20,000 cash. A short time later "Attorney Fishman" called and reassured Mr. S. that the money would be reimbursed to him during tax season and that a gag order that had been put in effect had been extended. The caller instructed Mr. S. to send $20,000 via FedEx to an address in Brookline, Massachusetts.

17. Between March 8 and March 24, 2021, members of the conspiracy repeatedly called James S. and convinced him that the vehicle his grandson had struck in the accident was operated by an undercover FBI agent whose identity had been compromised. The caller stated that a fine of $150,000 had been imposed. The conspirator instructed James S. to send $150,000 in cash via FedEx to 341 Saint John's Street, Suite 3, New Haven, Connecticut.

18. On or about March 22, 2021, a member of the conspiracy rented an apartment located at 265 College Street, New Haven, Connecticut through the online service Airbnb for the purpose of housing **JEAN RICHARD AUDATE** near Saint John Street in New Haven and facilitate **JEAN RICHARD AUDATE**'s receiving packages of cash sent by elderly victims.

19. On or about February 17, 2021, a member of the conspiracy called David B., age 93, a resident of Lincoln, Rhode Island, and falsely represented himself as "attorney Brian Fishman" claiming to be representing Mr. B.'s grandson, Michael R. "Attorney Fishman" falsely told Mr. B. that Michael R. had been arrested after he was involved in a motor vehicle accident, claiming that police located a handgun in his car.

"Attorney Fishman" claimed that the grandson required $6500 cash bail which must be sent via UPS overnight to an address in Brookline, Massachusetts.

20. On February 18, 2021, a member of the conspiracy again called Mr. B. posing as "Attorney Fishman." Fishman claimed he required an additional $10,000 cash. Mr. B. became suspicious, called his daughter, and discovered that he had been the victim of a fraud.

21. On or about March 22, 2021, **JEAN RICHARD AUDATE**, travelled to New Haven, Connecticut and stayed in an Airbnb apartment located in the Taft Apartments New Haven, Connecticut and did so in anticipation of taking possession of the packages the victims, Mr. S. and Richard P., had sent via FedEx to 341 Saint John Street, Suite 3.

22. On or about March 23, 2021, a member of the conspiracy called Richard P., a resident of Wilkes Barr, Pennsylvania and falsely represented themselves to be police officers who claimed that Richard P.'s grandson was in custody and required bail money. The "police officer" instructed Richard P. to send $12,500 cash to Gwen Akins at 341 Saint John Street, Apartment 3, New Haven, Connecticut via FedEx.

23. On March 24, 2021, **JEAN RICHARD AUDATE** travelled to and entered 341 Saint John Street, New Haven, Connecticut where he awaited the delivery of two FedEx packages that he knew would contain United States currency.

All in violation of 18 U.S.C. § 1349.

**COUNTS TWO – FOUR**

(Mail Fraud - 18 U.S.C. §§ 1341, 2)

24. The allegations contained in paragraphs 1 through 23 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

25. On or about the dates listed below, in the District of Rhode Island, and elsewhere, for the purpose of executing a scheme and artifice, to defraud and attempting to do so, defendant **JEAN RICHARD AUDATE** did knowingly cause a matter or item to be deposited with and sent by a commercial interstate carrier to wit,

| COUNT | DATE | DESCRIPTION OF PACKAGE SENT |
|---|---|---|
| 2 | February 17, 2021 | UPS package number 1Z691FX91532865452 |
| 3 | March 23, 2021 | FedEx package number 785092028860 |
| 4 | March 23,2021 | FedEx package number 7732 3887 4821 |

All in violation of 18 U.S.C. §§ 1341 and 2.

**COUNT FIVE**

(Aggravated Identity Theft - 18 U.S.C. §§ 1028A, 2)

26. The allegations contained in paragraphs 1 through 25 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

27. On or about February 17, 2021, in the Districts of Rhode Island and elsewhere, defendant,

**JEAN RICHARD AUDATE**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit David B.'s grandson, Michael R., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, conspiracy to commit mail fraud, in violation of 18 U.S.C. § 1349, knowing that the means of identification belonged to another actual person.

All in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

A TRUE BILL:

[redacted]

Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

WILLIAM J. FERLAND
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney
Deputy Criminal Division Chief

Date: 02/23/2022